**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7173**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

CARLOS GERARD WATKINS,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Cameron McGowan Currie, District Judge.  (0:05-cr-00090-CMC-1)

Submitted:  January 10, 2011          Decided:  January 28, 2011

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

Carlos Gerard Watkins, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Gerard Watkins appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. In light of our recent decision in United States v. Stewart, 595 F.3d 197 (4th Cir. 2010), we vacate the district court's order and remand for further proceedings consistent with Stewart. We deny Watkins' motion for recalculation of his sentence under Fed. R. Crim. P. 35. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED